# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:                                               CASE NO.: 20-02627-JAF

       WEATHERFORD, RICHARD TIMOTHY,     ADV. NO.:

             Debtor(s).

___

ALEXANDER G. SMITH, as Trustee of the
Estate(s) of Richard Timothy Weatherford, Debtor(s).

             Plaintiff(s)

vs

RICHARD TIMOTHY WEATHERFORD,

             Defendant(s).

___

## COMPLAINT FOR REVOCATION OF DISCHARGE

The Plaintiff, ALEXANDER G. SMITH, as Trustee of the Estate of Richard Timothy Weatherford, Debtor, sues the Defendant(s), and says:

1. Plaintiff is the duly qualified and acting Trustee of the Estate of Richard Timothy Weatherford, having been so appointed on September 3, 2020.

2. The Discharge of the Debtor(s) was entered by this Court on December 9, 2020.

3. The Debtor(s) owes the Bankruptcy Estate the prepetition portion of his 2020 Tax Refund in the amount of $1,368.00. Debtor has refused to pay this amount and has refused to make payment arrangements with the Trustee. To date the debtor has paid nothing.

WHEREFORE, the Plaintiff requests that the Debtor's discharge be revoked pursuant to the provisions of §727(d)(3) and 727(a)(6) of the Bankruptcy Code.

DATED at Jacksonville, Florida this 28th day of November, 2022.

ALEXANDER G. SMITH
FL. Bar ID #140323
Attorney for Trustee
2601 University Blvd. West
Jacksonville, FL 32217
(904) 733-2000