ORDERED.

Dated: March 28, 2023

_Jerry A. Funk_
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 20-02627-JAF |
| WEATHERFORD, RICHARD TIMOTHY, | ADV. NO.: 22-ap-00080-JAF |
| Debtor(s). | |

ALEXANDER G. SMITH, as Trustee of the
Estate(s) of Richard Timothy Weatherford, Debtor(s).

Plaintiff(s)

vs

RICHARD TIMOTHY WEATHERFORD,

Defendant(s).

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This proceeding is before the Court on Motion for Default Judgment against Defendant, it is

ORDERED:

Motion for Default Judgment (DE #8) is GRANTED.

Trustee Alexander G. Smith is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.